IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JEORGE LOGAN,** | CIV S-07-1687 WBS GGH P |
| Petitioner, | **ORDER** |
| v. | |
| **BEN CURRY, Warden, et al.,** | |
| Respondents. | |

GOOD CAUSE appearing, IT IS HEREBY ORDERED THAT Respondent's responsive pleading be filed on or before October 31, 2007.

Dated: 10/11/07               /s/ Gregory G. Hollows
                              _____
                              The Honorable Gregory G. Hollows

log1687.eot