IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JEORGE LOGAN,** | CIV S-07-1687 WBS GGH P |
| Petitioner, | **ORDER** |
| v. | |
| **BEN CURRY, Warden, et al.,** | |
| Respondents. | |

GOOD CAUSE appearing, IT IS HEREBY ORDERED THAT Respondent's responsive pleading be filed on or before November 30, 2007.

Dated: 11/5/07

/s/ Gregory G. Hollows
U.S. Magistrate Judge

log1687.eot(2)

[Proposed] Order