IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JEORGE LOGAN,** | CIV S-07-1687 WBS GGH P |
| Petitioner, | **ORDER** |
| v. | |
| **BEN CURRY, Warden, et al.,** | |
| Respondents. | |

IT IS HEREBY ORDERED that the time for filing respondent's responsive pleading is extended through and including December 31, 2007.

Dated: 12/6/07              /s/ Gregory G. Hollows
                            U.S. Mag. Judge

lo1687.eot(2)

[Proposed] Order

1