# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEORGE LOGAN, | No. CIV S-07-1687-WBS-GGH P |
| Petitioner, | |
| vs. | <u>ORDER DENYING CERTIFICATE OF</u> |
| | <u>APPEALABILITY</u> |
| BEN CURRY, et al., | |
| Respondents. | |
| _____/ | |

Petitioner Jeorge Logan seeks a Certificate of Appealability from this court's Judgment of August 8, 2008, denying his application for a writ of habeas corpus. A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). For the reasons set forth in detail in the magistrate judge's Findings and Recommendations, filed June 18, 2008, this court finds that petitioner has not made a substantial showing of the denial of a constitutional right, either in his claim that the state trial court erred in its evidentiary rulings or his claim of ineffective assistance of counsel.

IT IS THEREFORE ORDERED that petitioner's application for a issuance of a certificate of appealability be, and the same hereby is, DENIED.

DATED: September 3, 2008

*William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE